UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE J. MARRS-ESPINOZA, | Case No. 17-cv-07191-SVK |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION TO FILE A REPLY BRIEF** |
| NANCY A. BERRYHILL, | Re: Dkt. No. 27 |
| Defendant. | |

On January 2, 2019, Plaintiff filed a request for an extension to file a reply brief in support of her motion for summary judgment. ECF 27. The Court previously granted Plaintiff a significant extension to file her motion for summary judgment and indicated that the Court would not grant further extensions. ECF 21. However, given that Plaintiff's time to file a reply brief began running during the holiday season, the Court finds that a moderate, ten-day extension is appropriate.

Accordingly, the Court **GRANTS** Plaintiff's request in part. Plaintiff's deadline to file a reply brief is now **January 14, 2019**.

**SO ORDERED.**

Dated: January 4, 2019

SUSAN VAN KEULEN
United States Magistrate Judge