UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE J. MARRS-ESPINOZA, <br> Plaintiff, <br> v. <br> NANCY A. BERRYHILL, <br> Defendant. | Case No. 17-cv-07191-SVK <br><br> **ORDER REGARDING PLAINTIFF'S MOTION FOR A TEMPORARY STAY AND RELATED MOTIONS** <br><br> Re: Dkt. Nos. 25, 26, 28 |

On January 2, 2019, Plaintiff filed a motion for a temporary stay. ECF 25. Plaintiff subsequently filed a motion to withdraw her motion for a temporary stay. ECF 26. Plaintiff then filed a motion to remove both of those motions from the docket. ECF 28.

The Court **ORDERS** as follows on the three pending motions:

1. The Court **DENIES** Plaintiff's motion for a temporary stay as moot.
2. The Court **GRANTS** Plaintiff's motion to withdraw her motion for a temporary stay.
3. The Court **DENIES** Plaintiff's motion to remove ECF 25 and ECF 26 from the docket.

**SO ORDERED.**

Dated: January 4, 2019

*Susan van Keulen*

SUSAN VAN KEULEN
United States Magistrate Judge